UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3-06-cv-2406

2. Style of Case: L&S Plumbing Partnership, Ltd. v. American Standard, Inc.

3. Nature of suit: Liability for design defect, negligence, breach of warranty, fraud

4. Method of ADR used:   Mediation

5. Date ADR session was held: January 22, 2008

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR

    ☑ Settled as a result of ADR   ☐ Parties were unable to reach settlement

    ☐ Continuing to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*).

7. What was your TOTAL fee? $4,400.00

8. Duration of ADR: one day + telephone follow-up

9. Please list persons in attendance:

    Christopher Nolland, Mediator
    Barry Hardin, counsel for Plaintiff
    Thomas Moijesik, for Plaintiff
    Gaylon Hull, for Plaintiff
    James Lowery, counsel for Defendant
    Sandy Tucker for Defendant
    Allan Tananbaum for Defendant

    **Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

10. Provider information:

    _____   February 4, 2008
    Signature

    1717 Main Street, Suite 5550, Box 39   Telephone: (214) 653-4360
    Dallas, Texas 75201-4639   Facsimile: (214) 653-4343

---

**Provider must file completed form in duplicate with the U.S. District Clerk upon completion of ADR.**

<u>Name and Address of Counsel</u>:

Barry L. Hardin, Esq.
Robert J. Palmer, Esq.
David, Goodman & Madole
Two Lincoln Centre, Suite 1200
5420 LBJ Freeway
Dallas, Texas 75240

James A. Lowery, III, Esq.
Clayton Falls, Esq.
K & L Gates
Suite 1800
2828 North Harwood Street
Dallas, Texas 75201

N:\Mediation\8504.1249\Northern District Summary Report.wpd